FILED

05/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0099

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0099

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MATTHEW MORGAN MAYS,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 21, 2024, within which to prepare, file, and serve the State's response brief.

CH

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 21 2024